CR 14 00350 DLJ PSG

E-filing

SEALED BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT

FILED

# NORTHERN DISTRICT OF CALIFORNIA

JUL 0 2 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## *SAN JOSE DIVISION*

### THE UNITED STATES OF AMERICA

#### vs.

### COREY HIROSHI SHIBATA and NICHOLAS ANTHONY RODRIGUEZ

# INDICTMENT

**COUNT ONE:** 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C)-Conspiracy to Distribute a mixture and substance containing a detectable amount of Methamphetamine

**COUNT TWO:** 21 U.S.C. §§ 841(a)(1) and 841 (b)(1)(C)-Possession with Intent to Distribute a mixture and substance containing a detectable amount of Methamphetamine

**FOREFEITURE ALLEGATION:** 21 U.S.C. § 853(a) Drug Forfeiture

*A true bill.*

_____
*Foreperson*

Filed in open court this 2nd day of July
A.D. 2014

pe S. ngere
_____
*United States Magistrate Judge*

*Bail. $* No bail arrest warrant ( under seal)

_____



SEALED BY ORDER
OF THE COURT

**FILED**

JUL 0 2 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**CR14   00350   DLJ**

**PSG**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| COREY HIROSHI SHIBATA and<br>NICHOLAS ANTHONY RODRIQUEZ, | ) VIOLATIONS: 21 U.S.C. §§ 846, 841(a)(1), and<br>) 841(b)(1)(C) - Conspiracy to Distribute a mixture and<br>) substance containing a detectable amount of |
| Defendants. | ) methamphetamine; 21 U.S.C. §§ 841(a)(1) and<br>) 841(b)(1)(C) - Possession with Intent to Distribute a<br>) mixture and substance containing a detectable amount<br>) of methamphetamine; 18 U.S.C. § 2 -- Aiding and<br>) Abetting;  21 U.S.C. § 853(a) - Drug Forfeiture |
| | ) |
| | ) SAN JOSE VENUE |
| | ) |

I N D I C T M E N T

The Grand Jury charges:

<u>COUNT ONE</u>:  (21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C))

Beginning at a time unknown to the Grand Jury, but no later than April 2014, and continuing

through and including June 25, 2014, in the Northern District of California and elsewhere, the

defendants,

COREY HIROSHI SHIBATA

INDICTMENT

and
NICHOLAS ANTHONY RODRIQUEZ,

did knowingly and intentionally conspire with each other and other persons known and unknown to the Grand Jury to distribute a Schedule II controlled substance, to wit, a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C).

COUNT TWO:  (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)).

On or about June 25, 2014, in the Northern District of California, the defendants,

COREY HIROSHI SHIBATA
and
NICHOLAS ANTHONY RODRIQUEZ,

each aided and abetted by the other, did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit, a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

FORFEITURE ALLEGATION:  (21 U.S.C. § 853(a)) (Drug Forfeiture)

1.      The allegations contained in Counts One and Two of this Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Sections 853(a)(1) and (a)(2).

2.      Upon a conviction of any of the offenses alleged in Counts One and Two of the Indictment, the defendants,

COREY HIROSHI SHIBATA
and
NICHOLAS ANTHONY RODRIQUEZ,

shall forfeit to the United States all right, title, and interest in property constituting and derived from any proceeds, the defendants obtained, directly or indirectly, as a result of said violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:  $9,451 in currency, seized on May June 25, 2014 ($8,853 from COREY HIROSHI SHIBATA and NICHOLAS ANTHONY RODRIQUEZ and $598 from the residence of COREY HIROSHI SHIBATA at 180 N. San Tomas Aquino Road, Apt. 1, San Jose, California).

3.      If, as a result of any act or omission of the defendants, any of said property

      a.      cannot be located upon the exercise of due diligence;

      b.       has been transferred or sold to or deposited with, a third person;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty;

any and all interest the defendants have in any other property, shall be forfeited to the United States pursuant to Title 21, United States Code, Section 853(p).

All in violation of Title 21, United States Code, Sections 853(a)(1), (a)(2), (p), and Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED: _2nd July, 2014_                                    A TRUE BILL.

                                                                            FOREPERSON

MELINDA HAAG
United States Attorney

JEFFREY D. NEDROW
Chief, San Jose Office

(Approved as to form: _____ )
                    AUSA Thomas A. Colthurst

INDICTMENT                                                3

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE ~~TO A~~ CRIMINAL ACTION - IN U.S. DISTRICT COURT

*SEALED BY ORDER OF COURT*

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

— Name of District Court, and/or Judge/Magistrate Location —
**NORTHERN DISTRICT OF CALIFORNIA**
SAN JOSE DIVISION

*FILED*

*JUL 02 2014*

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

COUNT ONE: 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C)-
Conspiracy to Distribute a mixture and substance
containing a detectable amount of Methamphetamine
COUNT TWO: 21 U.S.C. §§ 841 (a)(1) and 841 (b)(1)(C)-
Possession with Intent to Distribute a mixture and
substance containing a detectable amount of
Methamphetamine

PENALTY: Not more than 20 yrs, plus $1,000,000 fine, plus 3 yrs supervised
release (or after a prior drug felony conviction not more than 30
yrs, plus $2,000,000 fine, plus 6 yrs supervised release), together
with mandatory special assessment of $100

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

➕

— DEFENDANT - U.S. —

► Nicholas Anthony Rodriguez

DISTRICT COURT NUMBER

**CR 14   00350   DLJ**
**PSG**

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior
summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction }  ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer
been filed? ☐ Yes  ☐ No } If "Yes"
give date
filed

DATE OF
ARREST ► _____ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY ► _____ Month/Day/Year

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Justin Harper, FBI Task Force

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:                                                SHOW
DOCKET NO.
☐ U.S. ATTORNEY  ☐ DEFENSE }

☐ this prosecution relates to a
pending case involving this same           MAGISTRATE
defendant                                  CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under }

Name and Office of Person
Furnishing Information on this form       MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)        Thomas A. Colthurst

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT        Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

_____ ➕

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FILED

### OFFENSE CHARGED

COUNT ONE: 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C)–
Conspiracy to Distribute a mixture and substance
containing a detectable amount of Methamphetamine
COUNT TWO: 21 U.S.C. §§ 841(a)(1) and 841 (b)(1)(C)–
Possession with Intent to Distribute a mixture and
substance containing a detectable amount of
Methamphetamine

PENALTY: Not more than 20 yrs, plus $1,000,000 fine, plus 3 yrs supervised
release (or after a prior drug felony conviction not more than 30
yrs, plus $2,000,000 fine, plus 6 yrs supervised release), together
with mandatory special assessment of $100

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

JUL 0 2 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### DEFENDANT - U.S.

▶ Corey Hiroshi Shibata

DISTRICT COURT NUMBER

CR14   00350   DLJ   PSG

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Justin Harper, FBI Task Force

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form       MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)       Thomas A. Colthurst

### DEFENDANT

IS *NOT* IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
     summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction                ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
     If answer to (6) is "Yes", show name of institution

Has detainer     ☐ Yes    If "Yes"
been filed?      ☐ No      give date
                           filed

DATE OF
ARREST                     Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY            Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments: