United States District Court
Northern District of California

**SEALED BY ORDER OF THE COURT**

# CRIMINAL COVER SHEET

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**Case Name:**

USA v. COREY HIROSHI SHIBATA and NICHOLAS ANTHONY

**Case Number:** CR14-00350 DLJ PSG

**Total Number of Defendants:**
- 1 ☐
- 2-7 ☑
- 8 or more ☐

**Is This Case Under Seal?**
- Yes ☑
- No ☐

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
- Yes ☐
- No ☑

**Venue (Per Crim. L.R. 18-1):**
- SF ☐
- OAK ☐
- SJ ☑
- EUR ☐
- MON ☐

**Is any defendant charged with a death-penalty-eligible crime?**
- Yes ☐
- No ☑

**Assigned AUSA (Lead Attorney):** Thomas A. Colthurst

**Is this a RICO Act gang case?**
- Yes ☐
- No ☑

**Date Submitted:** July 2, 2014

**Comments:**

[Save]  [Print]  [Clear Form]

July 2013