MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408)-535-5065
Fax: (408)-535-5066
E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 14-CR-00350-DLJ |
| ) | |
| Plaintiff, ) | STIPULATION AND [] ORDER CHANGING STATUS HEARING FROM OCTOBER 9, 2014, AT 9:00 A.M. TO NOVEMBER 6, 2014 AT 9:00 A.M. AND EXCLUDING TIME FROM OCTOBER 9, 2014 TO NOVEMBER 6, 2014 |
| v. ) | |
| NICHOLAS ANTHONY RODRIQUEZ, ) | |
| Defendant. ) | |

The defendant NICHOLAS ANTHONY RODRIQUEZ, represented by Jerry Fong, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the October 9, 2014, status hearing for NICHOLAS ANTHONY RODRIQUEZ be rescheduled to November 6, 2014, at 9:00 a.m., and that a time exclusion order be issued that would exclude time under the Speedy Trial Act from October 9, 2014, to November 6, 2014, to permit the parties the reasonable time necessary for effective preparation. The reason for the request to change the status date for Rodriguez is so the two defendants can be placed on the same track, with their statuses addressed at the same hearings. November 6, 2014, is the next status date for co-defendant Corey Hiroshi Shibata. Also discovery is not yet completed.

STIPULATION AND []
ORDER CHANGING STATUS HEARING         1

SO STIPULATED:

Dated: October 7, 2014                               /S/
                                           Thomas A. Colthurst
                                           Assistant United States Attorney

Dated: October 7, 2014                               /S/
                                           Jerry Fong, Esq.
                                           Attorney for Defendant

## ORDER

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the status hearing in this case be rescheduled from October 9, 2014, at 9:00 a.m. to November 6, 2014, at 9:00 a.m.

For good cause shown, the Court further finds that failing to exclude the time between October 9, 2014, and November 6, 2014, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between October 9, 2014 and November 6, 2014, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between October 9, 2014, and November 6, 2014, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:

THE HONORABLE D. LOWELL JENSEN
Senior United States District Judge

STIPULATION AND []
ORDER CHANGING STATUS HEARING            2