| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>Acting United States Attorney |
| 2 | |
| 3 | DAVID R. CALLAWAY (CABN 121782)<br>Criminal Chief, Criminal Division |
| 4 | MAIA T. PEREZ (MABN 672328)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, CA 95113<br>Telephone: (408)-535-5035<br>Fax: (408)-535-5066<br>Email: maia.perez@usdoj.gov |
| 7 | |
| 8 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR 14-00350 EJD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | SUBSTITUTION OF ATTORNEY |
| | ) | |
| COREY HIROSHI SHIBATA, et al, | ) | |
| | ) | |
| Defendants. | ) | |

Please take notice that as of January 12, 2016, the Assistant U.S. Attorney whose name, address, telephone number and email address are listed below was assigned to be counsel for the government.

      Maia T. Perez
      Assistant U.S. Attorney
      150 Almaden Blvd., Suite 900
      San Jose, CA   95113
      Telephone: (408) 535-5035
      Email: maia.perez @usdoj.gov

DATED: January 12, 2016            Respectfully submitted,

                                        MELINDA HAAG
                                        United States Attorney

                                          _____/s/_____
                                          MAIA T. PEREZ
                                          Assistant United States Attorney