UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** January 23, 2017  **Time:** 1:45-1:47pm  **Judge:** Edward J. Davila
**Total Time:** 2 Mins

**Case No.:** 14-cr-00350-EJD-2   **Case Name:** UNITED STATES v. Nicholas Anthony Rodriguez(P)(C)

**Attorney for Plaintiff:** Maia Perez

**Attorney for Defendant:** Jack Gordon (Specially for Jerry Fong)

**Deputy Clerk:** Adriana M. Kratzmann   **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A   **Probation Officer:** Kyle Pollak

### PROCEEDINGS – STATUS CONFERENCE HEARING

Defendant is present and in-custody. Hearing held.
This matter was set for sentencing hearing. Defense Counsel was not present due to being ill. Counsel who specially appeared requested that this matter be continued due to counsel being unavailable.
The Court granted the request and continued the matter to 2/13/2017.

**CASE CONTINUED TO: February 13, 2017 1:30 P.M. for Sentencing Hearing.**

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC: