BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

DAVID B. COUNTYRMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    Email: david.countryman@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-0350 EJD |
| Plaintiff, | DECLARATION OF PUBLICATION |
| v. | |
| NICHOLAS ANTHONY RODRIGUEZ, | |
| Defendant. | |

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on March 6, 2017 and ending on April 4, 2017. (See, Attachment 1).

I declare under penalty of perjury that the forgoing is true and correct.

Executed on April 12, 2017 at San Francisco, California.

                                                    CAROLYN JUSAY
                                                  FSA Paralegal
                                                  Asset Forfeiture Unit

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# COURT CASE NUMBER: CR 14-0350 EJD; NOTICE OF FORFEITURE

Notice is hereby given that on February 27, 2017, in the case of <u>U.S. v. Nicholas Anthony Rodriguez</u>, Court Case Number CR 14-0350 EJD, the United States District Court for the Northern District of California entered an Order condemning and forfeiting the following property to the United States of America:

$963.41 U.S. Currency (14-FBI-006080) which was seized from Corey Shibata on June 25, 2014 at 180 N. San Tomas Aquino Rd., Apt. 1, located in Campbell, CA

Two cellular telephones named in the plea agreement of Corey Shibata Ser No: See Items List (14-FBI-008431) which was seized from Corey Shibata on June 25, 2014 at 20784 Via Corta, located in Campbell, CA

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (March 06, 2017) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 280 South First Street, Room 2112, San Jose, CA 95113, and a copy served upon Assistant United States Attorney David Countryman, 450 Golden Gate Avenue, 9th Floor, San Francisco, CA 94102. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between March 6, 2017 and April 04, 2017. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Nicholas Anthony Rodriguez

**Court Case No:** CR 14-0350 EJD
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 03/06/2017 | 23.9 | Verified |
| 2 | 03/07/2017 | 23.9 | Verified |
| 3 | 03/08/2017 | 23.9 | Verified |
| 4 | 03/09/2017 | 23.9 | Verified |
| 5 | 03/10/2017 | 23.9 | Verified |
| 6 | 03/11/2017 | 23.9 | Verified |
| 7 | 03/12/2017 | 22.9 | Verified |
| 8 | 03/13/2017 | 23.9 | Verified |
| 9 | 03/14/2017 | 23.9 | Verified |
| 10 | 03/15/2017 | 23.9 | Verified |
| 11 | 03/16/2017 | 24.0 | Verified |
| 12 | 03/17/2017 | 23.8 | Verified |
| 13 | 03/18/2017 | 23.8 | Verified |
| 14 | 03/19/2017 | 23.9 | Verified |
| 15 | 03/20/2017 | 23.9 | Verified |
| 16 | 03/21/2017 | 23.8 | Verified |
| 17 | 03/22/2017 | 23.8 | Verified |
| 18 | 03/23/2017 | 23.8 | Verified |
| 19 | 03/24/2017 | 23.8 | Verified |
| 20 | 03/25/2017 | 23.9 | Verified |
| 21 | 03/26/2017 | 23.8 | Verified |
| 22 | 03/27/2017 | 23.9 | Verified |
| 23 | 03/28/2017 | 24.0 | Verified |
| 24 | 03/29/2017 | 24.0 | Verified |
| 25 | 03/30/2017 | 24.0 | Verified |
| 26 | 03/31/2017 | 24.0 | Verified |
| 27 | 04/01/2017 | 24.0 | Verified |
| 28 | 04/02/2017 | 24.0 | Verified |
| 29 | 04/03/2017 | 24.0 | Verified |
| 30 | 04/04/2017 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.