UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 14-0350 EJD |
| Plaintiff, ) | [PROPOSED] FINAL ORDER OF FORFEITURE |
| v. ) | |
| NICHOLAS ANTHONY RODRIGUEZ, ) | |
| Defendant. ) | |

On February 27, 2017, the Court entered a Preliminary Order of Forfeiture forfeiting the following property:

    a. $963.41 in United States Currency

    b. Samsung Galaxy Note 3 Cell Phone and

    c. Samsung Galaxy Note 5 Cell Phone

pursuant to Title 21, United States Code, Section 853 and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure.

1     The United States represents that it has complied with the publication notice requirements of the
2 Preliminary Order and that no petitions have been filed.
3     THEREFORE, it is so ordered that the above-described property shall be forfeited to the United
4 States, pursuant to Title 21, United States Code, Section 853 and the procedures outlined in Rule 32.2 of
5 the Federal Rules of Criminal Procedure. All right, title, and interest in said property is vested in the
6 United States of America. The appropriate federal agency shall dispose of the forfeited property
7 according to law.

Dated: 5/12/2017

_____
HONORABLE EDWARD J. DAVILA
United States District Judge